UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Bryan Brown

          v.                          Case No. 09-cv-139-SM

State of New Hampshire

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 19, 2010, no objection having been filed, for the reasons set forth therein.   Petitioner's speedy trial claim is hereby dismissed.   The case will proceed on the petitioner's involuntary plea claim.

    SO ORDERED.

May 10, 2010                                     _____
                                                     Steven J. McAuliffe
                                                     Chief Judge

cc:    Bryan Brown, pro se